IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11501
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

OSCAR DANILO MARQUEZ-MARCIA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 98-CR-269-ALL-D
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender, appointed to represent Oscar
Danilo Marquez-Marcia ("Marquez"), has filed a motion to withdraw
and a brief as required by Anders v. California, 386 U.S. 738,
744 (1967).  Marquez has not filed a response.

     Our independent review of counsel's brief and the record
discloses no nonfrivolous issue.  Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.